IN THE UNITED STATES DISTRICT COURT

E-Filing

FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Docket Number: CR 07-00135-01 WHA |
| | ) | |
| CHARMAINE NORTHERN | ) | |

## ORDER AND MODIFICATION OF SUPERVISED RELEASE

On May 15, 2007, the parties in this matter appeared before the Court in connection with a pending petition alleging that the defendant violated the conditions of his supervised release. The same date the offender admitted both charges alleged in the violation petition.

With the consent of the parties, the Court hereby orders that the defendant's supervised release is modified to include four (4) months Home Confinement with Electronic Monitoring Program. The defendant shall participate in the Home Confinement with Electronic Monitoring Program and shall abide by all the requirements of the program for a period of four (4) months. Other location verification methods may be utilized in conjunction with this program. The defendant shall pay the cost of monitoring at the prevailing rate unless it is determined by the probation officer that s/he has an inability to pay. A co-payment amount will then be determined by the probation officer. The defendant is restricted to his/her residence at all times except for activities which have been pre-approved by the probation officer, including employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, or court ordered obligations. During the term of home confinement, the defendant shall abstain from the use of alcohol and shall submit to drug or alcohol testing as directed by the probation officer.

Date: 5-18-07

William H. Alsup
U.S. District Judge